LATHAM & WATKINS LLP
Robert M. Howard (Bar No. 145870)
Patricia Guerrero (Bar No. 190834)
Jason M. Ohta (Bar No. 211107)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419

Attorneys for Plaintiff
LATHAM & WATKINS LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATHAM & WATKINS LLP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>75 Hawthorne Street<br>San Francisco, CA 94105<br><br>Defendant. | CASE NO. 07-CV-0245 (DMS-LSP)<br><br>PLAINTIFF'S NOTICE OF ERRATA REGARDING COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER FREEDOM OF INFORMATION ACT |



Dockets.Justia.com

TO THE COURT AND ALL PARTIES:

Plaintiff Latham & Watkins LLP ("Plaintiff") hereby submits this Errata to its Complaint for Declaratory and Injunctive Relief Under Freedom of Information Act ("Complaint"), filed February 6, 2007.

On page 8, paragraph 36, line 7, the Complaint inadvertently had a blank line instead of the intended paragraph reference. Lines 7-8 of paragraph 36 on page 8 should read as follows: "Plaintiff realleges and incorporates paragraphs 1 through 35 above, as though set forth in full herein." A corrected page 8 is attached hereto as Exhibit 1. No other changes were made to the Complaint.

Dated: February 8, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
Robert M. Howard
Patricia Guerrero

By s/Patricia Guerrero
Patricia Guerrero
patricia.guerrero@lw.com
Attorneys for Plaintiff Latham & Watkins LLP