LATHAM & WATKINS LLP
Robert M. Howard (Bar No. 145870)
Patricia Guerrero (Bar No. 190834)
Jason M. Ohta (Bar No. 211107)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419

Attorneys for Plaintiff
LATHAM & WATKINS LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATHAM & WATKINS LLP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>75 Hawthorne Street<br>San Francisco, CA 94105<br><br>Defendant. | CASE NO. 07-CV-0245 (DMS-LSP)<br><br>EXHIBIT TO PLAINTIFF'S NOTICE OF ERRATA REGARDING COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER FREEDOM OF INFORMATION ACT |



Dockets.Justia.com

# EXHIBIT TO PLAINTIFF'S NOTICE OF ERRATA REGARDING COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER FREEDOM OF INFORMATION ACT

| **Exhibit Tab** | **Description** |
|---|---|
| 1. | Revised page 8 to the Complaint |

# EXHIBIT 1

that was attached to an email authored by Inspector Trotter that EPA continues to withhold, and seven (7) emails that are heavily redacted and contain no substantive information whatsoever.

35. Plaintiff has exhausted its administrative remedies, as required by FOIA and by EPA's internal regulations. 5 U.S.C. § 552; 40 C.F.R. § 2.104(l).

## CAUSE OF ACTION

(Violations of the Freedom of Information Act)

36. Plaintiff realleges and incorporates paragraphs 1 through 35 above, as though set forth in full herein.

37. FOIA Section 552(a)(3), 5 U.S.C. § 552(a)(3), and 40 C.F.R. § 2.100 et seq., require EPA to make agency records available upon request for public inspection and copying.

38. Plaintiff is entitled to request and receive records under FOIA § 552(a)(3).

39. The withheld documents are records within the meaning of FOIA § 552(a)(3).

40. The withheld documents are not exempt from production under the "deliberative process" exemption of FOIA § 552(b)(5). The withheld documents contain information that forms the basis for opinions and conclusions contained in verbal January 23, 2001 opinions by an EPA inspector and that same inspector's nine-page written statement that already was shared outside the federal government, with members of the San Diego APCD, San Diego County Counsel, SDG&E, outside project contractors and Plaintiff. Plaintiff is entitled to review all of the documents that form the basis for the opinions expressed by the EPA inspector in a document that was calculated to be distributed outside the agency to certain third parties. The withheld documents do not relate to any governmental policy-making decision, and the disclosure of the documents would not interfere with or impede any agency policy-oriented decision-making.

41. The withheld documents are not exempt from production under the "law enforcement" exemption of FOIA § 552(b)(7)(A). No law enforcement proceeding is pending or prospective. The state District Attorney declined prosecution in August 2002; the County of San