| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| LATHAM & WATKINS, LLP<br>ROBERT M. HOWARD, ESQ., #145870<br>600 W. BROADWAY, 1800<br>SAN DIEGO, CA 92101 | (619) 236-1234 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: 026877-0024 | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>940 FRONT ST. ROOM 1160<br>SAN DIEGO, CA 921018900 | | |
| PLAINTIFF:<br>LATHAM | | |
| DEFENDANT:<br>US EPA | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 07CV0245 |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**PLAINTIFF'S NOTICE OF ERRATA REGARDING COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER FREEDOM OF INFORMATION ACT**

ON: **US ATTORNEY**

AT **880 FRONT STREET, #6293**
**SAN DIEGO, CA 92101**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**DON HANSON, - ADMINISTRATIVE ASSISTANT, PERSON IN CHARGE**

ON: **02/08/2007**
AT: **04:40 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $38.50
Registered California process server.
County: SAN DIEGO
Registration No.: 968
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 9, 2007 at SAN DIEGO, California.

Signature: ______________________
GABRIEL J. DIAZ 87904

**PROOF OF SERVICE**

Order#: 87904/GProof39

Dockets.Justia.com