LATHAM & WATKINS LLP
Robert M. Howard (Bar No. 145870)
Patricia Guerrero (Bar No. 190834)
Jason M. Ohta (Bar No. 211107)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419

Attorneys for Plaintiff
LATHAM & WATKINS LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATHAM & WATKINS LLP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>75 Hawthorne Street<br>San Francisco, CA 94105<br><br>Defendant. | Case No. 07CV0245-DMS LSP<br><br>**PROOF OF SERVICE** |



Dockets.Justia.com

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On February 8, 2007, I served the following document described as:

**PLAINTIFF'S NOTICE OF ERRATA REGARDING COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER FREEDOM OF INFORMATION ACT**

by serving true copies of the above-described document in the following manner:

***SEE ATTACHED LIST***

☒ I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

☐ Finding no person in the office at a time between the hours of 9:00 a.m. and 5:00 p.m. when the service was made, a sealed envelope or package containing the above-described documents and addressed as set forth above was left in a conspicuous place at the office (*see* Cal. Civ. Proc. Code § 1011(a)).

☐ By depositing with the Latham & Watkins LLP personnel responsible for depositing documents with Federal Express or other overnight mail delivery service; such documents are delivered the next business day with postage thereon fully prepaid.

☒ I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. A certified mail receipt was also attached and prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing by certified mail with the United States Postal Service.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 8, 2007, at San Diego, California.

Andrea Rasco

## SERVICE LIST

United States Attorney
Office of the United States Attorney
880 Front Street, Suite 6293
San Diego, CA 92101-8893
***Via Personal Service***

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
***Via Certified Mail***

United States Environmental Protection Agency
75 Hawthorne Street
San Francisco, CA 94105-3901
***Via Certified Mail***

**Courtesy Copies**

Deborah Jordan
Director, Air Division
United States Environmental Protection Agency
Region IX
75 Hawthorne Street
San Francisco, CA 94105-3901
***Via Federal Express***

Ariadne Goerke
Acting Assistant General Counsel
United States Environmental Protection Agency
Office of General Counsel
General Law Office
1200 Pennsylvania Avenue, N.W. (2310A)
Washington, D.C. 20460
***Via Federal Express***