KAREN P. HEWITT
United States Attorney
CINDY M. CIPRIANI
Assistant U.S. Attorney
California State Bar No. 144402
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
Email: Megan.Callan@usdoj.gov

Counsel for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATHAM & WATKINS,LLP,<br>Plaintiff,<br>v.<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>Defendant. | Case No. 07cv0245 DMS (LSP)<br>PROOF OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

ANSWER TO COMPLAINT

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert Howard
Counsel for Plaintiff
E-Mail: Robert.Howard@LW.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2007.

s/ Megan Callan
Megan Callan

Dockets.Justia.com