LATHAM & WATKINS LLP
Robert M. Howard (Bar No. 145870)
Patricia Guerrero (Bar No. 190834)
Jason M. Ohta (Bar No. 211107)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419

Attorneys for Plaintiff
LATHAM & WATKINS LLP

Karen P. Hewitt
United States Attorney
Megan Callan
Assistant U.S. Attorney (Bar No. 230329)

Attorneys for Defendant
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATHAM & WATKINS LLP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CASE NO. 07CV0245-DMS (LSP)<br><br>**STIPULATION RE: DISMISSAL WITHOUT PREJUDICE** |



Dockets.Justia.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the complaint in the above-captioned action and all causes of action therein be and hereby are dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 1, 2007

LATHAM & WATKINS LLP

By s/Jason M. Ohta
Jason M. Ohta
Attorneys for Defendant
LATHAM & WATKINS LLP
jason.ohta@lw.com

Dated: June 1, 2007

KAREN P. HEWITT
United States Attorney

By s/Megan Callan

MEGAN CALLAN
Assistant U.S. Attorney
Attorneys for Defendant
United States Environmental Protection Agency
Megan.Callan@usdoj.gov